IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NELLIE G. LOPEZ,**

    Plaintiff,

v.                                              07cv932 RHS

**SOCIAL SECURITY ADMINISTRATION**,

    Defendant.

## ORDER PERMITTING AMENDED BRIEFING

THIS MATTER comes before the Court on Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act (Doc. 28), which became fully briefed on July 7, 2010 (Doc. 31), more than three years ago.  This case was recently reassigned to the undersigned on September 11, 2013 (Doc. 39).  The Court requests that the parties file amended briefing, or a notice that amended briefing is not necessary and the Motion is ready for decision.  If the parties have resolved the dispute, the Court requests that Plaintiff withdraw the Motion.

IT IS THEREFORE ORDERED:

1. Plaintiff may file an amended motion, or a notice that an amended motion is not necessary, on or before October 1, 2013.

2. Defendant may file a response, or a notice that a response is not necessary, on or before October 15, 2013.

3. Plaintiff may file a reply on or before October 29, 2013, or file a notice of completion of briefing without a reply.

                                          */s/ Robert Hayes Scott*
                                          ROBERT HAYES SCOTT
                                          UNITED STATES MAGISTRATE JUDGE